STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. PHILLIP PASSERO, DEFENDANT-PETITIONER.

See same case below: 105 *N. J. Super.* 438.

*Mr. Ralph G. Conte* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Matthew J. Scola* for the respondent.

September 30, 1969. Denied.

HANNAH D. PERRINE, PLAINTIFF-PETITIONER, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, DEFENDANT-RESPONDENT.

*Messrs. Pellettieri & Rabstein* and *Mr. Charles J. Casale, Jr.* for the petitioner.

*Messrs. Katzenbach, Gildea & Rudner* and *Mr. Richard M. Kohn* for the respondent.

September 30, 1969. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ANTHONY ZULLO, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mr. Kenneth S. Javerbaum* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Robert L. Podvey* for the respondent.

September 30, 1969. Denied.